626-17
627-17

# ELECTRONIC RECORD

COA # 04-14-00389-CR          OFFENSE: MISC/ Other Criminal incl. Misd. Or Felony

STYLE: Paul Anthony Garcia v. State          COUNTY: Kendall

COA DISPOSITION: Reversed and Remanded          TRIAL COURT: 216th District Court

DATE: 07-29-2015          Publish: NO          CASE #: 5397

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #: 626-17; 627-17

_____SPA'S_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_Refused_          JUDGE: _____
DATE: Nov. 22, 2017          SIGNED: _____          PC: _____
JUDGE: PC          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____